| | |
|---|---|
| Andrew M. Morrow, III, Esq. - State Bar No. 128300<br>  Andy.morrow@downtownlalaw.com<br>Ezequiel Zenon Gurule, IV, Esq. - State Bar No. 358197<br>  Ezequiel@downtownlalaw.com<br>Sako Demirjian, Esq. State Bar No. - 348609<br>  Sako@downtownlalaw.com<br>Jordan Ashley Duncan-Smith, Esq. - State Bar No. 354658<br>  Jordan@downtownlalaw.com<br>**DOWNTOWN L.A. LAW GROUP**<br>612 S Broadway<br>Los Angeles, CA 90014<br>Telephone: (213) 389-3765<br>Facsimile: (877) 389-2775<br><br>Paul R. Kiesel - State Bar No. 119854<br>  kiesel@kiesel.law<br>Cherisse Heidi Alcantara Cleofe - State Bar No. 290152<br>  cleofe@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Telephone: (310) 854-4444<br>Facsimile: (310) 854-0812<br><br>*Counsel for Plaintiffs*<br>*Nicole Jackson, et al.* | **GIBSON, DUNN & CRUTCHER LLP\***<br>Abbey Hudson, SBN 266885<br>  AHudson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br><br>*Attorney for Defendants Vistra Corp.; Vistra Corporate Services Company; Dynegy Operating Company; Moss Landing Power Company LLC; Moss Landing Energy Storage 3, LLC*<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP\***<br>Jeffrey N. Boozell (Bar No. 199507)<br>  jeffboozell@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>*Attorneys for LG Energy Solution, Ltd.;*<br>*LG Energy Solution Arizona, Inc.;*<br>*LG Energy Solution Michigan, Inc.; and*<br>*LG Energy Solution Vertech, Inc.*<br><br>**MUNGER, TOLLES & OLSON LLP\***<br>BRAD D. BRIAN (SBN 79001)<br>  brad.brian@mto.com<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br><br>*Counsel for Defendant*<br>*Pacific Gas and Electric Company*<br><br>\*Additional counsel on signature pages |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NICOLE JACKSON; SHELTON HARRIS; DEVIN JACKSON HARRIS; GRISELDA CAMPOS; ALFONSO AGUILAR LOPEZ; OMAR GARCIA; JESSE ACEVEDO; LETICIA ACEVEDO; BELEN ACEVEDO; JEREMIAH ACEVEDO; HAZEL ACEVEDO; ISABELLA ACEVEDO; FERNANDO PARTIDA; RICHARD CAMERON; ENRIQUE ROSILES,<br><br>Plaintiffs, | CASE NO. 4:25-CV-04130-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING TO STATE COURT** |

|   |   |
|---|---|
| v. | |
| VISTRA CORP.; VISTRA CORPORATE SERVICES COMPANY; DYNEGY OPERATING COMPANY; MOSS LANDING POWER COMPANY, LLC; MOSS LANDING ENERGY STORAGE 3, LLC; LG ENERGY SOLUTION, LTD.; L.G. ENERGY GROUP, LLC; LG ENERGY SOLUTION ARIZONA, INC.; LG ENERGY SOLUTION MICHIGAN, INC.; LG ENERGY SOLUTION VERTECH, INC.; PACIFIC GAS AND ELECTRIC COMPANY; and DOES 1 through 100, inclusive, | |
| Defendants. | |

The parties to the above-captioned litigation, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint on March 20, 2025, in Alameda County Superior Court, State of California, Case No. 25CV116109;

WHEREAS, on March 12, 2025, Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Vistra Corp.; Dynegy Operating Company; and Vistra Corporate Services Company (collectively, "Vistra") removed *Schmidt v. Moss Landing Power Company, LLC*—a case arising out of the same event and which asserts substantially similar claims to the ones asserted in this case—from the Superior Court of the State of California for the County of Alameda (Case No. 25CV109594) to this Court (Case No. 4:25-CV-02475-YGR);

WHEREAS, on May 5, 2025, Vistra, with the consent of LG Energy Solution, Ltd.; LG Energy Solution Arizona, Inc.; LG Energy Solution Michigan, Inc.; and LG Energy Solution Vertech, Inc. (collectively, "LG") and Pacific Gas and Electric Company ("PG&E"), removed *Roeder v. Moss Landing Power Company, LLC* (Case No. 25CV114147) from Alameda County Superior Court, State of California, to this Court (Case No. 3:25-CV-03916-JD);

WHEREAS, on May 13, 2025, Vistra, with the consent of LG and PG&E, removed the *Jackson* state court action from Alameda County Superior Court, State of California, to this Court;

WHEREAS, on May 16, 2025, Vistra, with the consent of LG and PG&E, removed *Vierra v. Moss Landing Power Company, LLC* (Case No. 25CV001943) from Alameda County Superior Court, State of California, to this Court (Case No. 5:25-CV-04228-PCP);

WHEREAS, on August 6, 2025, the court in *Schmidt* ordered remand to the State Court;

WHEREAS, on August 22, 2025, upon stipulation of all parties, the court in *Vierra* ordered remand to the State Court, and Defendants, without making any concessions regarding the merits of the motion, no longer oppose Plaintiffs' motion to remand the action to State Court;

WHEREAS, on September 3, 2025, upon stipulation of all parties, the court in *Roeder* ordered remand to the State Court, and Defendants, without making any concessions regarding the merits of the motion, no longer oppose Plaintiffs' motion to amend and to remand the action to State Court;

WHEREAS, the Plaintiffs in this action have not filed a motion to remand this action to State Court;

WHEREAS, the Parties have agreed that this action may be remanded to the State Court;

WHEREAS, this request is made in good faith and not for the purpose of delay but for judicial and party efficiency;

WHEREAS, the Parties have agreed that each Party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

NOW THEREFORE, the Parties hereby agree and stipulate, subject to the Court's approval, that this Court may remand this action to the State Court.

**IT IS SO STIPULATED**.

DATED: September 16, 2025              Respectfully submitted,

By: */s/ Abbey Hudson*
**GIBSON, DUNN & CRUTCHER LLP**
Abbey Hudson, SBN 266885
AHudson@gibsondunn.com
Virginia Somaweera, SBN 318866
VSomaweera@gibsondunn.com
333 South Grand Avenue

Gibson, Dunn & Crutcher LLP

3
STIPULATION AND [PROPOSED] ORDER REMANDING TO STATE COURT

1
2
                                          Los Angeles, CA 90071-3197
                                          Telephone: 213.229.7000

3  Austin Schwing, SBN 211696
4  Aschwing@gibsondunn.com
   Winston Y. Chan, SBN 214884
5  WChan@gibsondunn.com
   Deena B. Klaber, SBN 285237
6  DKlaber@gibsondunn.com
   One Embarcadero Center, Suite 2600
7  San Francisco, CA 94111-3715
   Telephone: 415.393.8200
8
9  Michael Raiff, *pro hac vice*
   MRaiff@gibsondunn.com
10 2001 Ross Avenue, Suite 2100
   Dallas, TX 75201-2923
11 Telephone: 214.698.3100

12 *Attorney for Defendants Vistra Corp.; Vistra Corporate Services Company; Dynegy Operating Company; Moss Landing Power Company LLC; Moss Landing Energy Storage 3, LLC*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: September 16, 2025 | **DOWNTOWN L.A. LAW GROUP** |
| 2 | | By:  /s/ *Andrew M. Morrow, III, Esq.* |
| 3 | | Andrew M. Morrow, III, Esq. - State Bar No. 128300 |
| 4 | | Andy.morrow@downtownlalaw.com |
| | | Ezequiel Zenon Gurule, IV, Esq. - State Bar No. 358197 |
| 5 | | Ezequiel@downtownlalaw.com |
| 6 | | Sako Demirjian, Esq. State Bar No. - 348609 |
| | | Sako@downtownlalaw.com |
| 7 | | Jordan Ashley Duncan-Smith, Esq. - State Bar No. 354658 |
| 8 | | Jordan@downtownlalaw.com |
| | | 612 S Broadway |
| 9 | | Los Angeles, CA 90014 |
| | | Telephone: (213) 389-3765 |
| 10 | | Facsimile: (877) 389-2775 |
| 11 | | Paul R. Kiesel - State Bar No. 119854 |
| | | kiesel@kiesel.law |
| 12 | | Cherisse Heidi Alcantara Cleofe - State Bar No. 290152 |
| 13 | | cleofe@kiesel.law |
| | | **KIESEL LAW LLP** |
| 14 | | 8648 Wilshire Boulevard |
| | | Beverly Hills, CA 90211-2910 |
| 15 | | Telephone: (310) 854-4444 |
| | | Facsimile: (310) 854-0812 |
| 16 | | |
| 17 | | *Attorneys for Plaintiffs Nicole Jackson, et al.* |
| 18 | | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 19 | | By:  /s/ *Jeffrey N. Boozell* |
| 20 | | Jeffrey N. Boozell (Bar No. 199507) |
| | | jeffboozell@quinnemanuel.com |
| 21 | | 865 South Figueroa Street, 10th Floor |
| | | Los Angeles, CA 90017 |
| 22 | | Telephone: (213) 443-3000 |
| 23 | | Eric C. Lyttle (*pro hac vice forthcoming*) |
| | | ericlyttle@quinnemanuel.com |
| 24 | | J. Matthew Hamann (*pro hac vice forthcoming*) |
| | | matthewhamann@quinnemanuel.com |
| 25 | | 1300 I Street, NW, Suite 900 |
| | | Washington, D.C. 20005 |
| 26 | | Telephone: (202) 538-8000 |
| | | Facsimile: (202) 538-8100 |
| 27 | | |
| | | Patrick J. King (*pro hac vice forthcoming*) |
| 28 | | patrickking@quinnemanuel.com |
| | | Melanie Guzman (*pro hac vice forthcoming*) |

Gibson, Dunn & Crutcher LLP

5

STIPULATION AND [~~PROPOSED~~] ORDER REMANDING TO STATE COURT

DATED: September 16, 2025

melanieguzman@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100

*Attorneys for LG Energy Solution, Ltd.,
LG Energy Solution Arizona, Inc.,
LG Energy Solution Michigan, Inc., and
LG Energy Solution Vertech, Inc.*

**MUNGER, TOLLES & OLSON LLP**

By:  */s/ Miriam Kim*

Brad D. Brian (SBN 79001)
brad.brian@mto.com
Wesley T.L. Burrell (SBN 281003)
wesley.burrell@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

Miriam Kim (SBN 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission St. 27th Fl.
San Francisco, CA 94105
Telephone: (415) 512-4000

*Attorneys for Defendant
Pacific Gas and Electric Company*

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the occurrence in the filing of this document has been obtained from all signatories hereto.

Dated: September 16, 2025						GIBSON, DUNN, & CRUTCHER LLP


							By:	 /s/ Abbey Hudson
								Abbey Hudson, SBN 266885

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties and for good cause appearing it is HEREBY ORDERED that the Clerk of the Court shall remand this action to the Alameda County Superior Court and to close this case; and that each Party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of this action.

IT IS SO ORDERED.

Dated: September 18, 2025

_____
U.S. District Court Judge